IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNELL LACHONE JOHNSON,** | Case No. 2:17-cv-02097-EFB-PC |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **C. FICKES,** | |
| Defendant. | |

The Court, having considered Defendant Fickes' request for a stay of proceedings in this action, and good cause having been found:

**IT IS ORDERED:** Defendant's request is granted. This case is stayed pending the settlement conference currently scheduled for January 9, 2019. Defendant's deadline to file a responsive pleading will be reset, if necessary, following the settlement conference.

Dated: November 7, 2018.

*[signature]*
The Honorable Edmund F. Brennan