# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DONNELL LACHONE JOHNSON,   No. 2:17-cv-2097-EFB P

    Plaintiff,

  v.

C. FICKES,

    **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Defendant.

Donnell Lachone Johnson, CDCR # V-33741, a necessary and material witness in a settlement conference in this case on January 9, 2019, is confined in Correctional Training Facility (CTF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Wednesday, January 9, 2019 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CTF, P. O. Box 686, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 27, 2018.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE